IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| VILLAGE ROADSHOW ENTERTAINMENT GROUP USA INC., *et al.*,[1] | ) Case No. 25-10475 (TMH) |
| | ) (Jointly Administered) |
| Debtors. | ) |

## DEBTORS' WITNESS AND EXHIBIT LIST

The above-captioned debtors and debtors in possession (collectively, the "Debtors"), by and through their undersigned counsel, hereby submit their list of witnesses and exhibits (this "Witness and Exhibit List") in connection with the matters scheduled to be heard on August 26, 2025, at 10:00 a.m. (ET) (the "Hearing").

---

[1] The last four digits of Village Roadshow Entertainment Group USA Inc.'s federal tax identification number are 0343. The mailing address for Village Roadshow Entertainment Group USA Inc. is 750 N. San Vicente Blvd., Suite 800 West, West Hollywood, CA 90069. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors and the last four digits of their federal tax identification is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://www.veritaglobal.net/vreg.

## **WITNESSES**

1. Keith Maib, the Debtors' Chief Restructuring Officer. Mr. Maib's testimony will concern his declarations filed at Docket No. 2 and the Debtors' selection of the Successful Bidder.

2. Reid Snellenbarger, Co-Head and Managing Partner of SOLIC Capital Advisors, LLC, the Debtors' investment banker. Mr. Snellenbarger's testimony will concern the Sale Declaration [Docket No. 198]; the Supplemental Sale Motion [Docket No. 197]; and the Bid Procedures and Sale Motion [Docket No 11].

3. George Koutsonicolis, Managing Director at SOLIC Capital Advisors, LLC. Mr. Koutsonicolis' testimony will concern the Debtors' sale process and the sale of the Studio Business.

4. Wayne M. Smith, Head of Legal Affairs for Warner Bros. Motion Picture Group & DC Studios. Mr. Smith may be examined regarding the contents of his declarations filed with the Court.

5. Any witness listed by any other party.

6. Any necessary rebuttal or impeachment witnesses.

7. The Debtors reserve the right to cross-examine any witness called by any other party, including Mr. Smith.

**EXHIBITS**

| EXHIBIT | DESCRIPTION OF EXHIBIT | OFFERED | OBJECTION | ADMITTED |
|---|---|---|---|---|
| | Any document or pleading filed in the above-captioned case. | | | |
| | Any exhibit necessary for impeachment and/or rebuttal purposes. | | | |
| | Any exhibit identified or offered by any other party. | | | |

The Debtors reserve the right to amend, withdraw, or supplement this Witness and Exhibit List in whole or in part at any time prior to the Hearing and/or in compliance with the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware and orders of the Court.

*[Remainder of Page Intentionally Left Blank]*

Dated: August 21, 2025
Wilmington, Delaware

*/s/ Joseph M. Mulvihill*

| | |
|---|---|
| **YOUNG CONAWAY STARGATT & TAYLOR, LLP** | **SHEPPARD, MULLIN, RICHTER & HAMPTON LLP** |
| Joseph M. Mulvihill (Del. Bar No. 6061) | Justin R. Bernbrock (admitted *pro hac vice*) |
| Benjamin C. Carver (Del. Bar No. 7176) | Matthew Benz (admitted *pro hac vice*) |
| Rodney Square | 321 North Clark Street, 32nd Floor |
| 1000 North King Street | Chicago, Illinois 60654 |
| Wilmington, DE 19801 | Telephone:   (312) 499-6300 |
| Telephone:   (302) 571-6600 | Facsimile:   (312) 499-6301 |
| Facsimile:   (302) 571-1253 | Email:   jbernbrock@sheppardmullin.com |
| Email:   jmulvihill@ycst.com | mbenz@sheppardmullin.com |
|         bcarver@ycst.com | |

*Co-Counsel for the Debtors and Debtors in Possession*

-and-

Jennifer L. Nassiri (admitted *pro hac vice*)
1901 Avenue of the Stars, Suite 1600
Los Angeles, CA 90067
Telephone:   (310) 228-3700
Facsimile:   (310) 228-3701
Email:   jnassiri@sheppardmullin.com

-and-

Alyssa Paddock (admitted *pro hac vice*)
30 Rockefeller Plaza, 39th Floor
New York, NY 10112
Telephone:   (212) 653-8700
Facsimile:   (212) 653-8701
Email:   apaddock@sheppardmullin.com

*Co-Counsel for the Debtors and Debtors in Possession*